Brian W. LaCorte (#012237)
lacorteb@ballardspahr.com
Michael A. DiGiacomo (#032251)
digiacomom@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Defendant*
*Best Western International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hotel Airport, Inc., a Puerto Rico corporation; and David Tirri, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation,<br><br>Defendant. | No. CV-19-01393-PHX-DLR<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties, through undersigned counsel, hereby give notice that they have resolved their differences by reaching a modest settlement. The parties are in the process of memorializing the settlement and are circulating a draft agreement. The parties therefore respectfully request a stay of proceedings until August 31, 2020, allowing them to finalize their settlement agreement and file a stipulation of dismissal with prejudice.

DATED this 3rd day of August, 2020.

| BALLARD SPAHR LLP | GODREAU & GONZALEZ LAW, LLC |
|---|---|
| By: */s/ Brian W. LaCorte*<br>    Brian W. LaCorte<br>    Michael DiGiacomo<br>    1 E. Washington Street, Suite 2300<br>    Phoenix, AZ 85004-2555<br>    *Attorneys for Defendant* | By: */s/ Marcos E. Garciaacosta*<br>         (with permission)<br>    Rafael A. Gonzalez Valiente<br>    P.O. Box 9024176<br>    San Juan, PR 00902-4176 |

<div style="margin-left: auto;">

Marcos E. Garciaacosta
Marcos E. Garciaacosta Law Group PLLC
2875 E. Ray Road, Suite 6 -108
Chandler, AZ 85224

*Attorneys for Plaintiffs*

</div>

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400