# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hotel Airport Incorporated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Best Western International Incorporated,<br><br>Defendant. | No. CV-19-01393-PHX-DLR<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that any pending hearings are vacated.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **September 8, 2020** without further leave of Court.

Dated this 4th day of August, 2020.

Douglas L. Rayes
United States District Judge